**Anthony FALSO, Plaintiff–Appellant,**

v.

**SUTHERLAND GLOBAL SERVICES, Kristine Barlett, Maria Smith, Angela Sorrell, Defendants–Appellees,**

---

**Sheila Andelson, Rebecca Klimek, Valerie Moschiano, James Nichols, Pamela Sheets, Defendants.**

No. 09–0232–cv.

United States Court of Appeals, Second Circuit.

April 29, 2010.

Anthony Falso, pro se, Rochester, NY, for Appellant.

Linda Prestegaard, Phillips Lytle LLP, Rochester, NY, for Appellee.

PRESENT: DENNIS JACOBS, Chief Judge, JOSEPH M. McLAUGHLIN, ROBERT D. SACK, Circuit Judges.

### SUMMARY ORDER

Anthony Falso, *pro se*, appeals from a January 13, 2009 judgment of the United States District Court for the Western District of New York (Larimer, J.). Falso claims, *inter alia*, employment discrimination and a hostile work environment violative of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.* In the order relevant to this appeal, the district court dismissed Falso's claims, directing summary judgment for the defendants. We otherwise assume the parties' familiarity with the underlying facts, the case's procedural history, and the issues on appeal.

The grant of summary judgment is reviewed *de novo. E.g. Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir.2003). Summary judgment is appropriate where, drawing "all factual inferences . . . in favor of the non-moving party[,] . . . there are no genuine issues of material fact and . . . the moving party is entitled to judgment as a matter of law." *Id.* (citation omitted). On review, we find no error, and affirm for substantially the reasons stated by the district court in its summary judgment order.

We have considered Falso's remaining arguments and find them to be without merit. The district court's judgment is accordingly **AFFIRMED**.